

**14-64504**

Certificate Number: 03621-GAN-CC-023885795

03621-GAN-CC-023885795

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 28, 2014</u>, at <u>4:17</u> o'clock <u>PM EDT</u>, <u>LaNita Seymour</u>
received from <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, an
agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the
<u>Northern District of Georgia</u>, an individual [or group] briefing that complied with
the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a
copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 28, 2014</u>              By:   <u>/s/Chelsea Williams</u>

                                      Name:  <u>Chelsea Williams</u>

                                      Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# 14-64504

Certificate Number: 03621-GAN-CC-023885793



03621-GAN-CC-023885793

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 28, 2014</u>, at <u>4:17</u> o'clock <u>PM EDT</u>, <u>Davis Seymour</u> received from <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 28, 2014</u>                    By:     <u>/s/Chelsea Williams</u>

                                        Name:   <u>Chelsea Williams</u>

                                        Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).