14-64504-JRS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:                                                    CASE No.:
    Davis Seymour
    LaNita Marie Seymour                          CHAPTER: 13
        DEBTORS

### UNSWORN DECLARATION REGARDING PAY ADVICES

[☒]  I, **LaNita Marie Seymour**, do hereby declare under the penalty of perjury that I did not receive pay advices or other evidence of payment from an employer during the time period extending from _____, 20___, through _____ _____, 20___, inclusive.

[☒]  I, **LaNita Marie Seymour**, do hereby declare under the penalty of perjury that I did not receive any wages or pay from an employer during the 60 days immediately prior to the date of the filing of the petition in the instant case.

Dated: 8/12/2014           Signed: _____
                                                     LaNita Marie Seymour

AUG 12 2014 PM03:58

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

M. REGINA THOMAS, CLERK
By: Jackie Dukes, DEPUTY CLERK

Seymour, Davis

14-64504-JRS                          Loan # 8709925338

CO.   FILE    DEPT.   CLOCK   VCHR. NO.   060
AWD   026603  862016  XN50K   00000190320

# Earnings Statement

**BROOK FURNITURE RENTAL INC.**
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Period Beginning: 04/27/2014
Period Ending:    05/03/2014
Pay Date:         05/09/2014

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   1
  GA:        1, Both Spouses Working

**DAVIS SEYMOUR**
**1565 SMITHSON CT**
**LITHONIA, GA 30058**

Social Security Number: XXX-XX-0554

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 40.00 | 508.00 | 9,131.30 |
| Overtime | 19.0500 | 1.75 | 33.34 | 2,743.22 |
| Holiday | | | | 304.80 |
| Sick | | | | 203.20 |
| Vacation | | | | 152.40 |
| **Gross Pay** | | | **$541.34** | 12,534.92 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 0.16 |
| Vac | | 29.58 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -21.19 | 662.85 | |
| Social Security Tax | -27.92 | 668.90 | |
| Medicare Tax | -6.53 | 156.44 | |
| GA State Income Tax | -18.52 | 485.84 | |
| **Other** | | | |
| Aflac | -7.45* | 141.55 | |
| Dental | -6.55* | 123.97 | |
| Medical Ppo | -76.95* | 1,480.61 | |
| **Net Pay** | | **$376.23** | |
| Checking 1 | -376.23 | | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $450.39

AUG 12 2014 PM03:58

JACKIE AULKEY DEPUTY CLERK
M. REGINA THOMAS, CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

© 2009 ADP Inc

---

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number:  00000190320
Pay date:       05/09/2014

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DAVIS SEYMOUR | xxxxxxxxx3858 | xxxx  xxxx | $376.23 |

VOID AFTER 180 DAYS


Bank of America
Community Development Bank
Walnut Creek, CA

**NON-NEGOTIABLE**

14-64504-JRS                                        Loan #8709255338

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| AWD | 026603 | 862016 | XN50K | 0000200181 | 1 |

# Earnings Statement

**ADP**

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Period Beginning:   05/04/2014
Period Ending:      05/10/2014
Pay Date:           05/16/2014

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:    1
    GA:         1, Both Spouses Working

**DAVIS SEYMOUR**
**1565 SMITHSON CT**
**LITHONIA,  GA  30058**

Social Security Number:   XXX-XX-0554

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 24.00 | 304.80 | 9,436.10 |
| Vacation | 12.7000 | 16.00 | 203.20 | 355.60 |
| Overtime | | | | 2,743.22 |
| Holiday | | | | 304.80 |
| Sick | | | | 203.20 |
| **Gross Pay** | | | **$508.00** | 13,042.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.86 | 680.71 |
| | Social Security Tax | -25.86 | 694.76 |
| | Medicare Tax | -6.04 | 162.48 |
| | GA State Income Tax | -16.52 | 502.36 |
| | **Other** | | |
| | Aflac | -7.45* | 149.00 |
| | Dental | -6.55* | 130.52 |
| | Medical Ppo | -76.95* | 1,557.56 |
| | **Net Pay** | **$350.77** | |
| | Checking 1 | -350.77 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $417.05

© 2000 ADP, Inc

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number:   00000200181
Pay date:        05/16/2014

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DAVIS SEYMOUR | xxxxxxxx3858 | xxxx  xxxx | $350.77 |

VOID AFTER 180 DAYS


Bank of America
Community Development Bank
Walnut Creek, CA

**NON-NEGOTIABLE**

```
CO.    FILE    DEPT.   CLOCK   VCHR. NO.   060
AWD    026603  862016  XN50K   00000210322
```

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

**Earnings Statement**

Period Beginning:   05/11/2014
Period Ending:      05/17/2014
Pay Date:           05/23/2014

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:   1
    GA:        1, Both Spouses Working

DAVIS SEYMOUR
1565 SMITHSON CT
LITHONIA, GA 30058

Social Security Number: XXX-XX-0554

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 32.00 | 406.40 | 9,842.50 |
| Overtime | 19.0500 | 8.25 | 157.16 | 2,900.38 |
| Vacation | 12.7000 | 8.00 | 101.60 | 457.20 |
| Holiday | | | | 304.80 |
| Sick | | | | 203.20 |
| **Gross Pay** | | | **$665.16** | 13,708.08 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 1.70 |
| Vac | | 10.20 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -33.58 | 714.29 |
| Social Security Tax | | -35.60 | 730.36 |
| Medicare Tax | | -8.33 | 170.81 |
| GA State Income Tax | | -25.95 | 528.31 |
| **Other** | | | |
| Aflac | | -7.45* | 156.45 |
| Dental | | -6.55* | 137.07 |
| Medical Ppo | | -76.95* | 1,634.51 |
| **Net Pay** | | **$470.75** | |
| Checking 1 | | -470.75 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $574.21

© 2000 ADP, Inc.

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number:   00000210322
Pay date:        05/23/2014

Deposited to the account of
DAVIS SEYMOUR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3858 | xxxx xxxx | $470.75 |

VOID AFTER 180 DAYS


Bank of America
Community Development Bank
Walnut Creek, CA

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| AWD | 026603 | 862016 | XN50K | 00000220187 | |

# Earnings Statement

**BROOK FURNITURE RENTAL INC.**
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Period Beginning: 05/18/2014
Period Ending: 05/24/2014
Pay Date: 05/30/2014

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  GA: 1, Both Spouses Working

**DAVIS SEYMOUR**
**1565 SMITHSON CT**
**LITHONIA, GA 30058**

Social Security Number: XXX-XX-0554

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 40.00 | 508.00 | 10,350.50 |
| Overtime | 19.0500 | 5.50 | 104.78 | 3,005.16 |
| Holiday | | | | 304.80 |
| Sick | | | | 203.20 |
| Vacation | | | | 457.20 |
| **Gross Pay** | | | **$612.78** | 14,320.86 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.34 | 742.63 |
| | Social Security Tax | -32.36 | 762.72 |
| | Medicare Tax | -7.57 | 178.38 |
| | GA State Income Tax | -22.81 | 551.12 |
| | **Other** | | |
| | Aflac | -7.45* | 163.90 |
| | Dental | -6.55* | 143.62 |
| | Medical Ppo | -76.95* | 1,711.46 |
| | **Net Pay** | **$430.75** | |
| | Checking 1 | -430.75 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $521.83

© 2000 ADP, Inc.

---

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number: 00000220187
Pay date: 05/30/2014

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DAVIS SEYMOUR | xxxxxxxx3858 | xxxx xxxx | $430.75 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS


Bank of America
Community Development Bank
Walnut Creek, CA

**NON-NEGOTIABLE**

14-64504-JKS    Loan# 8709253358

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| AWD | 026603 | 862016 | XN50K | 0000230328 | |

**Earnings Statement**  ADP

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Period Beginning:   05/25/2014
Period Ending:      05/31/2014
Pay Date:           06/06/2014

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:    1
  GA:         1, Both Spouses Working

DAVIS SEYMOUR
1565 SMITHSON CT
LITHONIA, GA 30058

Social Security Number: XXX-XX-0554

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 32.00 | 406.40 | 10,756.90 |
| Overtime | 19.0500 | 1.75 | 33.34 | 3,038.50 |
| Holiday | 12.7000 | 8.00 | 101.60 | 406.40 |
| Sick | | | | 203.20 |
| Vacation | | | | 457.20 |
| **Gross Pay** | | | **$541.34** | 14,862.20 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 3.24 |
| Vac | | 14.82 |

| **Deductions** | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -21.19 | 763.82 | |
| Social Security Tax | -27.92 | 790.64 | |
| Medicare Tax | -6.53 | 184.91 | |
| GA State Income Tax | -18.52 | 569.64 | |
| Other | | | |
| Aflac | -7.45* | 171.35 | |
| Dental | -6.55* | 150.17 | |
| Medical Ppo | -76.95* | 1,788.41 | |
| **Net Pay** | **$376.23** | | |
| Checking 1 | -376.23 | | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $450.39

© 2000 ADP, Inc

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number:   00000230328
Pay date:        06/06/2014

THIS IS NOT A CHECK

Deposited to the account of
DAVIS SEYMOUR

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxx3858 | xxxx | xxxx | $376.23 |

VOID AFTER 180 DAYS

Bank of America
Community Development Bank
Walnut Creek, CA

**NON-NEGOTIABLE**

# Earnings Statement

ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| AWD | 026603 | 862016 | XN50K | 00000240191 | 1 |

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Period Beginning: 06/01/2014
Period Ending: 06/07/2014
Pay Date: 06/13/2014

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  GA: 1, Both Spouses Working

**DAVIS SEYMOUR**
**1565 SMITHSON CT**
**LITHONIA, GA 30058**

Social Security Number: XXX-XX-0554

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 32.75 | 415.93 | 11,172.83 |
| Vacation | 12.7000 | 4.00 | 50.80 | 508.00 |
| Overtime | | | | 3,038.50 |
| Holiday | | | | 406.40 |
| Sick | | | | 203.20 |
| **Gross Pay** | | | **$466.73** | 15,328.93 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -13.73 | 777.55 |
| Social Security Tax | | -23.30 | 813.94 |
| Medicare Tax | | -5.45 | 190.36 |
| GA State Income Tax | | -14.05 | 583.69 |
| **Other** | | | |
| Aflac | | -7.45* | 178.80 |
| Dental | | -6.55* | 156.72 |
| Medical Ppo | | -76.95* | 1,865.36 |
| **Net Pay** | | | **$319.25** |
| Checking 1 | | -319.25 | |
| **Net Check** | | | **$0.00** |

* Excluded from federal taxable wages
Your federal taxable wages this period are $375.78

© 2000 ADP, Inc

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number: 00000240191
Pay date: 06/13/2014

Deposited to the account of
**DAVIS SEYMOUR**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3858 | xxxx xxxx | $319.25 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS


**Bank of America**
Community Development Bank
Walnut Creek, CA

# NON-NEGOTIABLE

14-64504-JRS    LOAN# 870925338

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| AWD | 026603 | 862016 | XN50K | 0000250334 | |

# Earnings Statement

ADP

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Period Beginning: 06/08/2014
Period Ending: 06/14/2014
Pay Date: 06/20/2014

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  GA: 1, Both Spouses Working

DAVIS SEYMOUR
1565 SMITHSON CT
LITHONIA, GA 30058

Social Security Number: XXX-XX-0554

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 40.00 | 508.00 | 11,680.83 |
| Overtime | 19.0500 | 1.75 | 33.34 | 3,071.84 |
| Sick | 12.7000 | 4.00 | 50.80 | 254.00 |
| Holiday | | | | 406.40 |
| Vacation | | | | 508.00 |
| **Gross Pay** | | | **$592.14** | 15,921.07 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 0.78 |
| Vac | | 15.44 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -26.27 | 803.82 |
| Social Security Tax | | -31.07 | 845.01 |
| Medicare Tax | | -7.26 | 197.62 |
| GA State Income Tax | | -21.57 | 605.26 |
| **Other** | | | |
| Aflac | | -7.45* | 186.25 |
| Dental | | -6.55* | 163.27 |
| Medical Ppo | | -76.95* | 1,942.31 |
| **Net Pay** | | **$415.02** | |
| Checking 1 | | -415.02 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $501.19

© 2000 ADP, Inc.

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number: 00000250334
Pay date: 06/20/2014

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DAVIS SEYMOUR | xxxxxxxxx3858 | xxxx xxxx | $415.02 |

VOID AFTER 180 DAYS



Bank of America
Community Development Bank
Walnut Creek, CA

**NON-NEGOTIABLE**

14-64504-JRS    Account # 8709253338

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|-----|------|-------|-------|-----------|-----|
| AWD | 026603 | 862016 | XN50K | 0000260193 | 1 |

# Earnings Statement

**ADP**

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Period Beginning: 06/15/2014
Period Ending:   06/21/2014
Pay Date:        06/27/2014

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   1
  GA:        1, Both Spouses Working

**DAVIS SEYMOUR**
**1565 SMITHSON CT**
**LITHONIA, GA 30058**

Social Security Number: XXX-XX-0554

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 32.00 | 406.40 | 12,087.23 |
| Overtime | 19.0500 | 5.50 | 104.78 | 3,176.62 |
| Vacation | 12.7000 | 8.00 | 101.60 | 609.60 |
| Holiday |  |  |  | 406.40 |
| Sick |  |  |  | 254.00 |
| **Gross Pay** |  |  | **$612.78** | 16,533.85 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
|  | Federal Income Tax | -28.34 | 832.16 |
|  | Social Security Tax | -32.36 | 877.37 |
|  | Medicare Tax | -7.57 | 205.19 |
|  | GA State Income Tax | -22.81 | 628.07 |
|  | **Other** | | |
|  | Aflac | -7.45* | 193.70 |
|  | Dental | -6.55* | 169.82 |
|  | Medical Ppo | -76.95* | 2,019.26 |
| **Net Pay** |  | **$430.75** |  |
|  | Checking 1 | -430.75 |  |
| **Net Check** |  | **$0.00** |  |

* Excluded from federal taxable wages
Your federal taxable wages this period are $521.83

© 2000 ADP, Inc

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number:  00000260193
Pay date:       06/27/2014

Deposited to the account of
**DAVIS SEYMOUR**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx3858 | xxxx xxxx | $430.75 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS


Bank of America
Community Development Bank
Walnut Creek, CA

**NON-NEGOTIABLE**

14-64504-JKS   1000  #870925338

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|-----|------|-------|-------|-----------|-----|
| AWD | 026603 | 862016 | XN50K | 00000280193 | 1 |

# Earnings Statement

**ADP**

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Period Beginning:  06/29/2014
Period Ending:     07/05/2014
Pay Date:          07/11/2014

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   1
  GA:        1, Both Spouses Working

**DAVIS SEYMOUR**
**1565 SMITHSON CT**
**LITHONIA, GA 30058**

Social Security Number: XXX-XX-0554

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 12.7000 | 32.00 | 406.40 | 13,001.63 |
| Overtime | 19.0500 | 4.75 | 90.49 | 3,395.70 |
| Holiday  | 12.7000 | 8.00 | 101.60 | 508.00 |
| Sick     |  |  |  | 254.00 |
| Vacation |  |  |  | 609.60 |
| **Gross Pay** |  |  | **$598.49** | 17,768.93 |

| Deductions | Statutory |  |  |
|------------|-----------|--|--|
|  | Federal Income Tax | -26.91 | 889.79 |
|  | Social Security Tax | -31.46 | 942.66 |
|  | Medicare Tax | -7.36 | 220.46 |
|  | GA State Income Tax | -21.95 | 674.26 |
|  | **Other** |  |  |
|  | Aflac | -7.45* | 208.60 |
|  | Dental | -6.55* | 182.92 |
|  | Medical Ppo | -76.95* | 2,173.16 |
|  | **Net Pay** | **$419.86** |  |
|  | Checking 1 | -419.86 |  |
|  | **Net Check** | **$0.00** |  |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $507.54

© 2008 ADP, Inc

---

BROOK FURNITURE RENTAL INC.
100 N. FIELD DR.
1 CONWAY PARK - ST 220
LAKE FOREST, IL 60045

Advice number:   00000280193
Pay date:        07/11/2014

Deposited to the account of
DAVIS SEYMOUR

| account number | transit | ABA | amount |
|---------------|---------|-----|--------|
| xxxxxxxx3858 | xxxx | xxxx | $419.86 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS


Bank of America
Community Development Bank
Walnut Creek, CA

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 | | Earnings Statement | |
|---|---|---|---|---|---|---|---|---|
| AWD | 026603 | 862016 | XN50K | 0000270332 | 1 | | | |

BROOK FURNITURE RENTAL INC.  
100 N. FIELD DR.  
1 CONWAY PARK - ST 220  
LAKE FOREST, IL 60045

Period Beginning: 06/22/2014  
Period Ending: 06/28/2014  
Pay Date: 07/03/2014

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 1  
  GA: 1, Both Spouses Working

DAVIS SEYMOUR  
1565 SMITHSON CT  
LITHONIA, GA 30058

Social Security Number: XXX-XX-0554

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7000 | 40.00 | 508.00 | 12,595.23 |
| Overtime | 19.0500 | 6.75 | 128.59 | 3,305.21 |
| Holiday | | | | 406.40 |
| Sick | | | | 254.00 |
| Vacation | | | | 609.60 |
| **Gross Pay** | | | **$636.59** | 17,170.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 2.32 |
| Vac | | 12.06 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.72 | 862.88 |
| | Social Security Tax | -33.83 | 911.20 |
| | Medicare Tax | -7.91 | 213.10 |
| | GA State Income Tax | -24.24 | 652.31 |
| | **Other** | | |
| | Aflac | -7.45* | 201.15 |
| | Dental | -6.55* | 176.37 |
| | Medical Ppo | -76.95* | 2,096.21 |
| | **Net Pay** | **$448.94** | |
| | Checking 1 | -448.94 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages  
Your federal taxable wages this period are $545.64

© 2000 ADP, Inc

BROOK FURNITURE RENTAL INC.  
100 N. FIELD DR.  
1 CONWAY PARK - ST 220  
LAKE FOREST, IL 60045

Advice number: 00000270332  
Pay date: 07/03/2014

Deposited to the account of  
DAVIS SEYMOUR

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxx3858 | xxxx xxxx | $448.94 |

VOID AFTER 180 DAYS


Bank of America  
Community Development Bank  
Walnut Creek, CA

**NON-NEGOTIABLE**