UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DAVIS MCALLAN SEYMOUR | ) | |
| LANITA MARIE SEYMOUR, | ) | CASE NO. 14-64504-JRS |
| | ) | |
| DEBTORS. | ) | |

**CHAPTER 13 TRUSTEE'S**
**OBJECTION TO CONFIRMATION OF PLAN & MOTION TO DISMISS CASE**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and Objects to Confirmation of the Plan and files this Motion to Dismiss Case under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The Debtors have failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

2. As unsecured creditors will receive less than in a Chapter 7 liquidation, the Plan does not conform to 11 U.S.C. Section 1325(a)(4).

3. The Debtors have failed to file an Employment Deduction Order.

4. The Debtors have failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

5. Paragraph 10 of the proposed Chapter 13 Plan fails to provide an interest rate to be applied to any allowed secured claims not treated specifically under the plan, preventing the Trustee from properly administering the Plan.

6. The funding of post-petition mortgage installments have not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible, 11 U.S.C. Section 1325(a)(6).

7. Pursuant to documentation provided by Debtor/wife, she earns less than scheduled; thereby, preventing the Chapter 13 Trustee from determining the feasibility of the proposed Plan, in violation of 11 U.S.C. Section 1325 (a)(6).

Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

8.   Schedule A fails to correctly reference the debt load on real estate which is the subject of this Chapter 13 estate.

9.   Debtors have retained possession and/or use of credit card(s), without court approval, 11 U.S.C. Sections 1305(c), 1325(a)(1), 1325(a)(3), 1325(a)(7), and 364.

10.   The Debtors' Plan misclassifies and incompletely treats the Bank of America debt. 11 U.S.C. Section 1325(a)(5).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation Hearing, deny Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DAVIS MCALLAN SEYMOUR | ) | |
| LANITA MARIE SEYMOUR, | ) | CASE NO. 14-64504-JRS |
| | ) | |
| DEBTORS. | ) | |

**CERTIFICATE OF SERVICE**

  This is to certify that I have this day served

DEBTORS:

  DAVIS MCALLAN SEYMOUR
  LANITA MARIE SEYMOUR
  1565 SMITHSON CT
  LITHONIA, GA 30058

ATTORNEY FOR DEBTORS:

  DEBTOR PRO SE, ATTY.

the above in the foregoing matter with a copy of this Objection to Confirmation of Plan and Motion to Dismiss Case by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 19th day of September 2014.

/s/Adam M. Goodman
Adam M. Goodman,
Standing Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444