B6A (Official Form 6A) (12/07)

Amended

In re __Davis & LaNita Seymour__,    Case No. __14-64504-JRS__
        Debtor                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence 1565 Smithson Dr Lithonia GA 30058 | Ownership | W | 55,400 | 182646.46 |
| | | Total ► | 55,400 | |

(Report also on Summary of Schedules.)

Fill in this information to identify your case:

Debtor 1: Davis M Seymour
Debtor 2 (Spouse, if filing): LaNita M Seymour
United States Bankruptcy Court for the: Northern District of GA
Case number (if known): 14-64504-JRS

Check if this is:
☒ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed ☐ Not employed | ☒ Employed ☐ Not employed |
| Occupation | | Driver Helper | Parent Support Partner |
| Employer's name | | Brook Furniture | Stem INC |
| Employer's address | | 6580-A Jimmy Carter Blvd | P.O. Box 8298 |
| | | Norcross GA 30071 | Warner Robins, GA 31098 |
| How long employed there? | | 8 YRS | 3 Mths |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $2756 | $400.00 |
| 3. Estimate and list monthly overtime pay. | +$_____ | +$_____ |
| 4. Calculate gross income. Add line 2 + line 3. | $2756 | $400.00 |

Debtor 1  Davis M Seymour            Case number (if known) 14-64504
         First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 2756 | $ 400 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | $ 424 | $ 0 |
| 5b. | Mandatory contributions for retirement plans | $ 0 | $ 0 |
| 5c. | Voluntary contributions for retirement plans | $ 0 | $ 0 |
| 5d. | Required repayments of retirement fund loans | $ 0 | $ 0 |
| 5e. | Insurance | $ 397 | $ 0 |
| 5f. | Domestic support obligations | $ 0 | $ 0 |
| 5g. | Union dues | $ 0 | $ 0 |
| 5h. | Other deductions. Specify: _____ | +$ 0 | +$ 0 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | $ 821 | $ 0 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | $ 1935 | $ 400.00 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $ 0 | $ 0 |
| 8b. | Interest and dividends | $ 0 | $ 0 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $ 0 | $ 1000.00 |
| 8d. | Unemployment compensation | $ 0 | $ 0 |
| 8e. | Social Security | $ 0 | $ 0 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | $ 0 | $ 0 |
| 8g. | Pension or retirement income | $ 0 | $ 0 |
| 8h. | Other monthly income. Specify: _____ | +$ | +$ |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | $ 0 | $ 0 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $ 1935 + $ 1400 = $ 3335 | |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

   Specify: _____                                                               11. +$ _____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12. $ _____
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☒ No.
    ☐ Yes. Explain: _____

Official Form B 6I          Schedule I: Your Income          page 2

Fill in this information to identify your case:

Debtor 1: Davis M Seymour
(First Name) (Middle Name) (Last Name)

Debtor 2: LaNita M Seymour
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of GA

Case number (If known): 14-64504

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses           12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☒ Yes. Does Debtor 2 live in a separate household?
     ☒ No
     ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Mother | 81 | ☐ No ☒ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 742

   If not included in line 4:
   4a. Real estate taxes                                         4a. $ 0
   4b. Property, homeowner's, or renter's insurance              4b. $ 0
   4c. Home maintenance, repair, and upkeep expenses             4c. $ 150
   4d. Homeowner's association or condominium dues               4d. $ 0

Official Form B 6J                    Schedule J: Your Expenses                    page 1

Debtor 1  Davis  M  Seymour  
    First Name   Middle Name   Last Name

Case number (if known) 14-64504

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a. $ 227
   - 6b. Water, sewer, garbage collection    6b. $ 90
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ 110
   - 6d. Other. Specify: Alarm    6d. $ 30

7. **Food and housekeeping supplies**    7. $ 450

8. **Childcare and children's education costs**    8. $ 0

9. **Clothing, laundry, and dry cleaning**    9. $ 100

10. **Personal care products and services**    10. $ 100

11. **Medical and dental expenses**    11. $ 200

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. $ 350

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ 0

14. **Charitable contributions and religious donations**    14. $ 0

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. $ 0
    - 15b. Health insurance    15b. $ 0
    - 15c. Vehicle insurance    15c. $ 286
    - 15d. Other insurance. Specify: _____    15d. $ 0

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____    16. $ 0

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. $ 0
    - 17b. Car payments for Vehicle 2    17b. $ 0
    - 17c. Other. Specify: _____    17c. $ 0
    - 17d. Other. Specify: _____    17d. $ 0

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**    18. $ 0

19. **Other payments you make to support others who do not live with you.** Specify: _____    19. $ 0

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property    20a. $ 0
    - 20b. Real estate taxes    20b. $ 0
    - 20c. Property, homeowner's, or renter's insurance    20c. $ 0
    - 20d. Maintenance, repair, and upkeep expenses    20d. $ 0
    - 20e. Homeowner's association or condominium dues    20e. $ 0

Debtor 1  Davis M Seymour                                   Case number (if known) 14-64504
          First Name  Middle Name  Last Name

21. Other. Specify: grooming                                              21. +$ 100

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                                  22. $ 0

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. 23a. $ 3335

    23b. Copy your monthly expenses from line 22 above.                   23b. –$ 2935

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                         23c. $ 400

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.  Explain here:

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

In re  Davis Seymour,  
LaNita Marie Seymour  

Case No. 14-64504-jrs

Debtors

Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 55,400.00 | | |
| B - Personal Property | Yes | 3 | 21,510.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,039.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 17,870.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,035.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,885.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 76,910.00 | | |
| Total Liabilities | | | | 24,909.56 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

In re    Davis Seymour,                                    Case No. 14-64504-JRS
         LaNita Marie Seymour
                                              Debtors      Chapter         13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| Average Income (from Schedule I, Line 12) | 3335 | ~~3,035.90~~ |
|---|---|---|
| Average Expenses (from Schedule J, Line 22) | 2935 | ~~2,806.00~~ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | | ~~2,235.00~~ |

**State the following:**

| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
|---|---|---|
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 17,870.56 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 17,870.56 |

B6 Declaration (Official Form 6 - Declaration) (12/07)
Case 14-64504-jrs    Doc 23    Filed 10/02/14    Entered 10/02/14 11:13:25    Desc Main
In re Davis + LaNita Seymour    Document    Page 9 of 10    Case No. 14-64504-JRS
         Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __10-1-14__                                           Signature: __Davis Seymour__
                                                                              Debtor

Date __10-1-2014__                                         Signature: _____
                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____                            _____
Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                                            Signature: _____

                                                            _____
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF GEORGIA

## DIVISION

IN RE: Davis M. Seymour           :   Case No.: 14-64504-JRS
LaNita M. Seymour                 :   Judge JRS
                                  :   Chapter: 13

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mention, was more than 18 years of age, and that on the 1st day of October, 2014, I served a copy of  amendments

which was filed in this bankruptcy matter on the 29th day of July, 2014.

Mode of service (check one):   (✓) MAILED        (●) HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Adam M. Goodman, 13 trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:                   Signature: Davis Seymour
                         Printed Name: Davis Seymour   LaNita Seymour
                         Address: 1565 Smithsen Ct
                                  Lithonia GA 30058

                         Phone: 678-733-1248

(Generic Certificate of Service - Revised 4.13)