UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON OCTOBER 2, 2014**

CASE NO.: 14-64504-JRS

DEBTORS:  DAVIS MCALLAN SEYMOUR
LANITA MARIE SEYMOUR

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTOR HAS PROVIDED PROOF OF SEPTEMBER MORTGAGE PAYMENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

**RECOMMENDS AGAINST CONFIRMATION OF THE PLAN BECAUSE:**

DEBTOR HAS FAILED TO PROVIDE PROOF OF SEPTEMBER MORTGAGE PAYMENT.

**PLEASE ENTER AN ORDER OF DISMISSAL.**

October 22nd, 2014

_____/s/_____
William A. Bozarth, Attorney for the
Chapter 13 Trustee
GA Bar No.  940530

```
Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444
```

14-64504-JRS

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served

DEBTORS:

    DAVIS MCALLAN SEYMOUR
    LANITA MARIE SEYMOUR
    1565 SMITHSON COURT
    LITHONIA, GA 30058

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 22nd day of October 2014.

_____/s/_____
William A. Bozarth, Attorney for the
Chapter 13 Trustee
GA Bar No. 940530

```
Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444
```